(February 18, 1904.)

## HOLLISTER v. CLARK.
[77 Pac. 1132.]

APPEAL from District Court in and for the County of Lincoln. Honorable Lyttleton Price, Judge.

From a final order of condemnation founded and based upon the judgment appealed from in *Hollister v. State, Defendant, and W. A. Clark, Defendant and Appellant, ante,* p. 651, 75 Pac. 339, decided at this term, the defendant Clark appealed. Affirmed.

Points decided.

AILSHIE, J.—The order appealed from in this case rests and is founded upon the judgment in *Hollister v. State, Defendant, and W. A. Clark, Defendant and Appellant, ante,* p. 651, 75 Pac. 339, and upon the authority of that case and the reasons there given the order appealed from is affirmed.

Costs awarded respondent.

Stockslager, J., concurs.

Sullivan, C. J., dissents.